# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1486

_____

| | | |
|---|---|---|
| Barbara McGee, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Sgt. Nickolas Fredriken, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted:  March 22, 1999
Filed:   April 15, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Barbara McGee commenced this action against a Drug Enforcement Administration officer seeking return of a forfeited automobile or compensatory damages.  Because the relief she seeks would operate against the United States, McGee's claim is subject to the six-year statute of limitations set forth in 28 U.S.C. § 2401(a).  See Hawaii v. Gordon, 373 U.S. 57 (1963).  A notice of forfeiture was mailed to McGee's husband, the vehicle's registered owner, in May 1990; he filed a claim and cost bond.  Notice of the vehicle's seizure was published for three successive weeks in August 1990.  A default judgment of forfeiture was entered in

April 1991.  McGee commenced this action in August 1997.  In these circumstances, we agree with the district court[1] that McGee's claim is time-barred.

The judgment of the district court is affirmed.  <u>See</u> 8th Cir. Rule 47A(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE RODNEY W. SIPPEL, United States District Judge for the Eastern District of Missouri.